TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00037-CV

DeLoss Dodds, Appellant

v.

Cliff Gustafson, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 99-08507, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a Motion to Dismiss. We grant appellant's motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2).

 We dismiss Appellee's Motion to Dismiss as moot.

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: February 17, 2000

Do Not Publish